FILED
08 JAN 16 PM 3:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0139 BEN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |
| RAUL TORRES-GARCIA (T/N), aka Alberto Jose del Muro-Guerrero, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about January 7, 2008, within the Southern District of California, defendant RAUL TORRES-GARCIA (T/N), aka Alberto Jose del Muro-Guerrero did knowingly and intentionally import 100 kilograms and more, to wit: approximately 108.08 kilograms (237.78 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//

JDM:fer:Imperial
1/15/08

Count 2

On or about January 7, 2008, within the Southern District of California, defendant RAUL TORRES-GARCIA (T/N), aka Alberto Jose del Muro-Guerrero did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 108.08 kilograms (237.78 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: January 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JEFFREY D. MOORE
Assistant U.S. Attorney