| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | REBECCA S. KANTER |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 230257 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6747 / Fax: (619) 235-2757 |
|   | Email: Rebecca.Kanter@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0139-BEN |
|    |                            | ) | |
| 11 |          Plaintiff,        | ) | |
|    |                            | ) | NOTICE OF APPEARANCE |
| 12 |     v.                     | ) | |
|    |                            | ) | |
| 13 | RAUL TORRES-GARCIA,        | ) | |
|    |                            | ) | |
| 14 |          Defendant.        | ) | |
|    |                            | ) | |

15

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18       I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20       The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22   counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

23   activity in this case:

24       <u>Name</u> (If none, enter "None" below)

25       None.

26   //

27   //

28   //

1   Effective this date, the following attorneys are no longer associated with this case and should
2   not receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4   association):

5   Name (If none, enter "None" below)

6   None.

7   Please call me if you have any questions about this notice.

8   DATED: February 5, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Rebecca S. Kanter*
REBECCA S. KANTER
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Rebecca.Kanter@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>RAUL TORRES-GARCIA,<br><br>               Defendant. | Criminal Case No. 08CR0139-BEN<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

      I, REBECCA S. KANTER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

      I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

      1.    Michael J. Messina, Esq.

      I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

      N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed on February 5, 2008.

                                          /s/ *Rebecca S. Kanter*<br>
                                          REBECCA S. KANTER<br>
                                          Assistant U.S. Attorney