MICHAEL J. MESSINA (SB# 92415)
**WOODS & MESSINA**
550 West "C" Street, Suite 1670
San Diego, CA 92101
Tel. (619) 232-1914
Fax (619) 237-8898

Attorney for Defendant
RAUL TORRES-GARCIA aka
ALBERTO DEL MURO GUERRERO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:    08CR0139-BEN |
| Plaintiff, | NOTICE OF MOTION AND MOTIONS FOR: |
| vs. | (1)  DISCOVERY |
| RAUL TORRES-GARCIA, | (2)  AND LEAVE TO FILE FURTHER MOTIONS |
| aka ALBERTO DEL MURO GUERRERO, | |
| Defendant. | Date:    March 2, 2008 |
| | Time:    2:00 p.m. |

TO:    PLAINTIFF UNITED STATES ATTORNEY, AND ITS ATTORNEY OF RECORD,
       UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF
       CALIFORNIA:

        PLEASE TAKE NOTICE that at the above designated time and place defendant, RAUL

TORRES-GARCIA aka ALBERTO DEL MURO GUERRERO, will move the court for an order

compelling discovery and to suppress statements in the instant case with respect to the items set

forth in the attached memorandum of law, based upon the constitutional, statutory and

judicial authorities cited herein.  Defense counsel will further move the court for leave to file

further motions herein as may be warranted by discovery  materials produced in the case.

Said motions are based upon the instant motion, the attached memorandum of law and on

such evidence and argument as may be presented at the hearing on the motion.

Respectfully submitted,

Dated:  January 20, 2008          S/   MICHAEL J. MESSINA
                                  MICHAEL J. MESSINA
                                  Attorney for Defendant
                                  RAUL TORRES-GARCIA
                                  aka ALBERTO DEL MURO GUERRERO