UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 08CR0139-BEN |
|---|---|
| Plaintiff, | ) |
| | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| RAUL TORRES-GARCIA | ) |
| aka ALBERTO DEL MURO GUERRERO, | ) |
| Defendant. | ) |

I am employed in the County of San Diego, State of California. I am over the age of 18 years, and not a party to the within action. My business address is:

550 West "C" Street, Suite 1670
San Diego, CA 92101

On February 20, 2008, I served the foregoing document described below as:

   NOTICE OF MOTION AND MOTIONS FOR:  (1) DISCOVERY
   (2) AND LEAVE TO FILE FURTHER MOTIONS
   MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR DISCOVERY
   AND FOR LEAVE TO FILE FURTHER MOTIONS

By the following method:

(  ) **BY MAIL**
   By mailing (by first class mail, post prepaid) copies to all parties by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.

(  ) **BY FACSIMILE AND MAIL**
   I declare that I served the above named documents by faxing the documents during usual office hours and thereafter mailing (by first class mail, post prepaid) copies to all parties by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.
   The fax number I used (sent to) is listed below and the facsimile machine I used reported no error.

( X ) **BY PERSONAL SERVICE**    I placed a true copy of the above documents in a sealed envelope clearly labeled to identify the attorney for the party being served, and personally

PROOF OF SERVICE

1

delivered by hand leaving a copy with the receptionist or other person in charge at the office of each address named below.

    Received in their stead: _____ at:

( X )  CM/ECF

    Electronic filing with the Office of the Clerk, United States District Court, Southern District of California

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 20, 2008, at San Diego, California.

                                        /S/          MICHAEL J. MESSINA

PROOF OF SERVICE

2