MICHAEL J. MESSINA (SB# 92415)
**WOODS & MESSINA**
550 West "C" Street, Suite 1670
San Diego, CA 92101
Tel. (619) 232-1914
Fax (619) 237-8898


Attorney for Defendant
RAUL TORRES-GARCIA aka
ALBERTO DEL MURO GUERRERO


UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. ROGER T. BENITEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>RAUL TORRES-GARCIA,<br>aka ALBERTO DEL MURO GUERRERO,<br><br>  Defendant. | Case No.:   08CR0139-BEN<br><br>AMENDED NOTICE OF MOTION AND MOTIONS FOR:<br><br>(1) DISCOVERY<br>(2) AND LEAVE TO FILE FURTHER MOTIONS<br><br>Date:   March 3, 2008<br>Time:   2:00 p.m. |

TO: PLAINTIFF UNITED STATES ATTORNEY, AND ITS ATTORNEY OF RECORD, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that at the above designated time and place defendant, RAUL TORRES-GARCIA aka ALBERTO DEL MURO GUERRERO, will move the court for an order compelling discovery and to suppress statements in the instant case with respect to the items set forth in the attached memorandum of law, based upon the constitutional, statutory and

judicial authorities cited herein.  Defense counsel will further move the court for leave to file further motions herein as may be warranted by discovery materials produced in the case.

Said motions are based upon the instant motion, the attached memorandum of law and on such evidence and argument as may be presented at the hearing on the motion.

Respectfully submitted,

Dated:  January 20, 2008          S/   MICHAEL J. MESSINA
                                  MICHAEL J. MESSINA
                                  Attorney for Defendant
                                  RAUL TORRES-GARCIA
                                  aka ALBERTO DEL MURO GUERRERO