UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RAUL TORRES-GARCIA<br>aka ALBERTO DEL MURO GUERRERO,<br><br>    Defendant. | ) Case No. 08CR0139-BEN<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>) |

I am employed in the County of San Diego, State of California.  I am over the age of 18 years, and not a party to the within action.  My business address is:

550 West "C" Street, Suite 1670
San Diego, CA 92101

On February 21, 2008, I served the foregoing document described below as:

>    AMENDED NOTICE OF MOTION AND MOTIONS FOR:  (1) DISCOVERY
>    (2) AND LEAVE TO FILE FURTHER MOTIONS

By the following method:

( )   **BY MAIL**
    By mailing (by first class mail, post prepaid) copies to all parties by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.

( )   **BY FACSIMILE AND MAIL**
    I declare that I served the above named documents by faxing the documents during usual office hours and thereafter mailing (by first class mail, post prepaid) copies to all parties by delivering a true copy thereof enclosed in a sealed envelope to a representative of the U.S. Post Office.
    The fax number I used (sent to) is listed below and the facsimile machine I used reported no error.

( X )  **BY PERSONAL SERVICE**    I placed a true copy of the above documents in a sealed envelope clearly labeled to identify the attorney for the party being served, and personally delivered by hand leaving a copy with the receptionist or other person in charge at the office of each address named below.
    Received in their stead: _____at:

PROOF OF SERVICE

1

( X )  CM/ECF

Electronic filing with the Office of the Clerk, United States District Court, Southern District of California

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 21, 2008, at San Diego, California.

/S/     MICHAEL J. MESSINA