# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED
2008 FEB 27  AM 11:06
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
  BY ____ DEPUTY

TO:  ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Judge Roger T Benitez

FROM: J. Hinkle, Deputy Clerk          RECEIVED DATE: 2/21/08

CASE NO.: 08cr0139-BEN          DOCUMENT FILED BY: Defendant Alberto Del Muro

CASE TITLE: Case title: USA v. Torres-Garcia

DOCUMENT ENTITLED: Letter rec'd in pleading box in intake dated 2/05/08

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | OTHER: Not in pleading format. Letters to Judge prohibited. |

Date forwarded: 2/21/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: BENITEZ

Dated: 2/25/08         By: _____

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

MR DeLMURO-GUERRERO  
ALBERTO, JOSE  
#40467198   #622  
220 W. "C" Street  
San Diego, CA. 92101

02-05-08

**REJECTED**

Judge BENITEZ  
"1. Court Room  
880 FRONT ST.  
SAN DIEGO, CA. 92101

DEAR MR. BENITEZ  
My name is ALBERTO, JOSE, DELMURO. I am writting this letter to ask you to please send me copies of my indictment. Also my complete file of my arrest from 01-07-08 to present date. Please sent me to M.C.C. because here at G.E.O. it is too poor. The Liberary (LAW) and the computors they don't have new cases. Also it is not enough time that they give me, one hour per week, the coumptors are very old and they work very bad. Another problem I have I need glasses I can't read the books. I asked G.E.O for glasses, but they have ignored me. I had my own glasses, at the of my arrest. The officer S.A. LEON I.C.E. did not let me keep my glasses. I am enclosing a affidavit dated 02-05-08. Thank you very much for today on this matter. God bless you for all in the name of Jesus Christ.

ATT.

X Alberto Jose DelMuro  
sincerelly    2/5/08