# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
2008 FEB 27 AM 11:06

*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Judge Roger T Benitez
FROM: J. Hinkle, Deputy Clerk    RECEIVED DATE: 2/21/08
CASE NO.: 08cr0139-BEN    DOCUMENT FILED BY: Defendant Alberto Del Muro
CASE TITLE: Case title: USA v. Torres-Garcia
DOCUMENT ENTITLED: Letter rec'd in pleading box in intake dated 2/18/08

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Not in pleading format. Letters to Judge prohibited. |

Date forwarded: 2/21/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: BENITEZ

Dated: 2/25/08
By: RJN
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

MR Alberto, Jose, Del Muro
Guerrero
#40467198
220 W. "C" Street
San Diego, CA. 92101

**REJECTED**

**REJECTED**

Dear Sir, Judge Benitez

I wrote to you on 02-05-08. My court date is on 03-03-08 at 2:00 pm. on your court Room. I still do not have my case # _____ or my indiamente copies. I need this because I am representing my self in proper. I do not have on attorney. Please sent me copies of all before my court date all this in the name of Jesus Christ. God Bless you for all your help on this matter.

ATT, Alberto Jose Del Muro