Minutes of the United States District Court
Southern District of California

MARCH 27, 2008

| Hon. **ROGER T. BENITEZ** | Deputy Clerk: **GLENN RIVERA** | Reporter: N/A |
|---|---|---|

| 08CR0139-BEN | USA v. RAUL TORRES-GARCIA (1) |
|---|---|

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

PER REQUEST OF THE METROPOLITAN CORRECTIONAL CENTER (MCC), THE COURT HEREBY ORDERS THAT THE PSYCHOLOGICAL EVALUATION OF THIS DEFENDANT BE COMPLETED NO LATER THAN **APRIL 17, 2008**, WITH COPIES OF THE REPORT TO BE SUBMITTED TO THE COURT, THE PROSECUTOR, AND DEFENSE COUNSEL BY THAT DATE.

THE PSYCHIATRIC REPORT HEARING DATE OF APRIL 2, 2008 AT 9:00AM IS HEREBY VACATED AND RESET FOR **APRIL 24, 2008**.