# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

*FILED 08 MAY 19 AM 11:21 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA*

*This space for Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE __Judge Roger T. Benitez__

FROM: __J. Hinkle,__ Deputy Clerk    RECEIVED DATE: __5/06/08__

CASE NO.: __08cr139-BEN__    DOCUMENT FILED BY: __Dft Alberto Jose Del Muro-__

CASE TITLE: __USA v. Torres-Garcia__

DOCUMENT ENTITLED: __Letter to Judge Benitez / Affidavit__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | OTHER: Letters to Judge prohibited in Local Rules. Entitled "Affidavit" but it is not in pleading format. |

Date forwarded: __5/07/08__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: __5/16/08__    CHAMBERS OF: _____

cc: All Parties    By: _/s/_____

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Affidavit

**REJECTED**

Alberto José Del muro Guerrero      5/4/08
Register No. 40467-198
808 Union Street
San Diego. CA. 92101- CASE No: 08CR 0139-BEN

United States District Court.
Southern District of California
Office of the Clerk
880 front street. Suite 4290. CASE
San Diego. CA 92101-8900

PROSE

Dear Sir. Judge Benitez

I am requesting $849.00 that was taken from my wallet when I was arrested by S.A. Leon a U.S. ICE Agent. I am also requesting I receive a copy of my indictment, and discovery report. My Attorney Michael J Messina has been asked to provide me with copies of reports with no results. Thank you for your time.

WHEN KIDNAPING IN JANUARY 7. 2008.
TO CALEXICO. CALIFORNIA.
GOD BLESS YOU. IN THE NAME OF JESUS CRISTO

*Alberto José Del muro G*
ALBERTO JOSE DEL MURO.G