MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

<u>EXHIBIT LIST</u>

USA                    VS                    RAUL TORRES-GARCIA (1)

X  Plaintiff _____  Defendant _____  Court _____   Type of Hearing: COMPETENCY HEARING

Case Number: 08CR0139-BEN

| NO. | IDENT. | EVID. | DESCRIPTION |
|-----|--------|-------|-------------|
| 1 | May 22, 2008 | May 22, 2008 | LETTER FROM DEFENDANT TO JUDGE BENITEZ FILED 5/20/2008 |
| 2 | May 22, 2008 | May 22, 2008 | FORENSIC EVALUATION OF DEFT DATED 10/12/2001 |
| 3 | May 22, 2008 | May 22, 2008 | FORENSIC REPORT OF DEFT DATED 12/16/2005 |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |