# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED
2008 JUL -1 PM [illegible]
CLERK US [illegible]
SOUTHERN DISTRICT OF CALIFORNIA
[signature] DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Benitez
FROM: J. Paris,    Deputy Clerk    RECEIVED DATE:    6/24/08
CASE NO.: 08cr139    DOCUMENT FILED BY: Raul Torres-Garcia
CASE TITLE: USA v. Torres-Garcia
DOCUMENT ENTITLED: Ex Parte Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Ex Parte Communication |

Date forwarded:    6/25/08

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☒ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: *Judge Benitez*

Dated: 6/27/08    By: [signature]
cc: All Parties

AFFIDAVIT.              6-15-08

**REJECTED**

ALBERTO JOSE DEL MURO GUERRERO
REGISTER NO. 40467-198
808 UNION STREET
SAN DIEGO, CA 92101          CASE NO: 08CR0139-BEN

DEAR SIR. JUDGE BENITEZ
MY NAME IS ALBERTO JOSE DEL MURO GUERRERO
BIRTH DAY APRIL 22, 1954
BIRTH, CORCORAN CA, CALIFORNIA
SOCIAL SECURITY 571-94-22 95
DR. LIC # C0 693 695

PROSE

My discovery and indictment and my arrested report too. Well I need my examination copies of my psych reports.

To please respect my decision that I do not want an attorney to defend me. Unless the U.S. constitution tells you that it is mandatory for you to force me to have one. I have told you before that Jesus Christ is my attorney in the heavens, and in the earth as well. The Judge from the heavens is your Judge, the one who is going to judge you, so now is the time to repent yourself.

I pray for justice in the name of Jesus Christ. One more thing please request the agency that arrested me to return my $849.00 dollars here at M.C.C.
GOD BLESS YOU IN THE NAME OF JESUS CRISTO
        THANK YOU.   Alberto Jose DEL MURO