KNUT S. JOHNSON (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 232-7080 (Phone)
(619) 232-7324 (Fax)

Attorney for RAUL TORRES-GARCIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RAUL TORRES-GARCIA,<br><br>Aka Alberto Jose del Muro-Guerrero<br><br>　　　　Defendant. | CASE NO. 08 cr 0139-BEN<br><br>**NOTICE OF MOTIONS AND MOTIONS:**<br>**(1) FOR DISCOVERY;**<br>**(2) TO SEVER COUNTS;**<br>**(3) TO SUPPRESS STATEMENTS;**<br>**(4) TO FILE FURTHER MOTIONS.**<br><br>**Time: 2:00 p.m.**<br>**Date: September 22, 2008** |

TO: PLAINTIFF UNITED STATES OF AMERICA AND ITS ATTORNEYS OF RECORD, KAREN HEWITT, U.S. ATTORNEY, AND ASSISTANT U.S. ATTORNEY REBECCA KANTER:

PLEASE TAKE NOTICE that at the above-referenced time in the above-referenced department, the defendant will ask the court to grant the following motions:

## I.

## MOTIONS

**(1) FOR DISCOVERY;**

**(2) TO SEVER COUNTS;**

**(3) TO SUPPRESS STATEMENTS;**

**(4) TO FILE FURTHER MOTIONS.**

- 1 -

- 08 cr 0139-BEN

1  PLEASE TAKE FURTHER NOTICE that these motions will be based upon
2  the Federal Rules of Criminal Procedure, the U.S. Constitution, Title 18 to the
3  U.S. Code, the Memorandum of Points and Authorities filed in support of these
4  motions, and any other matters brought up orally or in writing.

## II.
## CONCLUSION

For the foregoing reasons, this Court should grant the above motions.

Dated: August 13, 2008                    Respectfully submitted,


    /S/ Knut S. Johnson
**Knut S. Johnson, Esq. for**
**Mr. Torres-Garcia**