# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Benitez
FROM: K. Hammerly, Deputy Clerk    RECEIVED DATE: 8/18/2008
CASE NO.: 08cr139    DOCUMENT FILED BY: Deft Torres-Garcia AKA Del Muro-Guerrero
CASE TITLE: USA v. Torres-Garcia
DOCUMENT ENTITLED: Letter to Judge Benitez

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: 83.9 *Ex Parte* Communication prohibited |

Date forwarded: 8/19/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: 8/19/08    CHAMBERS OF: Benitez
By: RJN

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

AFFIDAVIT. 7-26-08

**REJECTED**

ALBERTO JOSE DEL MURO GUERRERO
REGISTER NO. 40467-198
808 UNION STREET.
SAN DIEGO, CA 92101

CASE NO. 08 CR 0139-BEN

DEAR SIR JUDGE BENITEZ
MY NAME IS ALBERTO JOSE DEL MURO GUERRERO
BIRTHDAY APRIL 22, 1954. IN CORCORAN CALIFORNIA
SOCIAL SECURITY. 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
DRIVE. LIC. A C0693695.   IN PROSE

LE ESTOY ESCRIVIENDO ESTA CARTA PARA INFORMARLE LO SIGUIENTE. ME ESTAN AMENASANDO EL SEÑOR ANGEL SMITH CON DOMICILIO CALLE OAXACA 621 COLONIA PUEBLO NUEVO MEXICAL, B.C QUE CUANDO SALGA DE LA PRISION ME BA AMATAR. POR DICE QUE YO LE PERDI MARIGUANA EN LA FECHA 7 DE ENERO 2008. YO LE ABIA PRESTADO MI CAMIONETA PARA QUE TIRARA BASURA DE SU CASA. UN DIA ANTE DE MI SECUESTRO EL 7 DE ENERO 2008. EN LA LINEA AL CRUSAR A ESTADOS UNIDOS CON CALEXICO CALIFORNIA AL WEST. CUANDO ME ROBARON LA CANTIDAD DE $849.00 DOLLARS Y TAMBIEN MI CAMIONETA CHEVROLET 1982. CON PLACAS DE SONORA MEXICO. POR FAVOR LE PIDO QUE DE ORDENES ALAS PERSONAS QUE ME SECUESTRARON EN LA GARITA CALEXICO WEST. EL 7 DE ENERO 2008. QUE MANDEN MIS 849.00 DOLLARS AL M.C.C SAN DIEGO CA. 808 UNION ST. SAN DIEGO, CA 92101
ESTO DO POR AHORA. DIOS LO VENDIGA. EN EL NOMBRE DE JESUS CRISTO.
    alberto jose del muro G