## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES



FILED
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Judge Roger T. Benitez
FROM: J. Hinkle, Deputy Clerk    RECEIVED DATE: 7/30/08
CASE NO.: 08cr139-BEN    DOCUMENT FILED BY: Alberto Jose Del Muro-Guerrero
CASE TITLE: USA v Torres-Garcia
DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| X |  | OTHER: Not in pleading format |

Date forwarded: 7/30/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Benitez

Dated: 8/19/08    By: RJN
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED** 7/23/08

Dear Clerk, 6/9/08
My name is Alberto Jose Del Muro. G, case # 08CR0139-BEN. And I would like to request copies of my discovery, minutes, indictment, transcript, I.N.G. reports and psychological reports. This will be very well appreciated, so I can fight my case and have it for my records.

Sincerely,

*Alberto Jose Del Muro*
ALBERTO JOSE DEL MURO. GUERRERO
CASE NO. 08 CR 0139-BEN
B.O.P. NO. 40467-198

*Alberto del Del Muro*
ALBERTO JOSE DEL MURO. GUERRERO

7/11/08
ATTN:
We do not except gladies work (No free copywork). You must pay for copywork before we can send out your copy request.

SINCERELY,
S. HARRIS,
RECORDS