# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY
*Clerk's Office File Stamp*

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE   Roger T. Benitez
FROM: C. Ecija, Deputy Clerk   RECEIVED DATE: 08/21/08
CASE NO.: 08cr0139   DOCUMENT FILED BY: Defendant, Alberto Jose Del Muro-Guerrero
CASE TITLE: USA v. Torres-Garcia
DOCUMENT ENTITLED: Affidavit

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: Improper format, ex parte communication (Local Rule 83.9) |

**Date forwarded:** _____

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Benitez

Dated: 8/26/08   By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

**REJECTED**  AFFIDAVIT. 8-18-08

ALBERTO JOSE DEL MURO GUERRERO.
REGISTER No. 40467-198
HOUSING K-11
METROPOLITAN CORRECTIONAL CENTER.
808 UNION STREET
SAN DIEGO, CALIFORNIA 92101

CASE No. 08CR0139-BEN

UNITED STATES DISTRIC COURT
SOUTHERN DISTRIC OF CALIFORNIA
OFFICE OF THE COURT CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

DEAR
JUDGE BENITEZ

I AM WRITTING THIS AFFIDAVIT, TO TELL YOU, PLEASE ORDER THE OFFICERS WHO KID NAPPED ME, TO SEND MY MONEY $849:00 (EIGHT HUNDRED FORTY NINE DOLLARS TO THE M.C.C. OF SAN DIEGO, CALIFORNIA, THEY TOOK FROM MY WALET AT THE TIME OF MY KID NAPPED ON 1-7-2008. PLEASE HAVE MERCY LIKE JESUS CHRIST, BECAUSE HE IS THE SUPREME JUDGE WHO IS GOING TO JUDGE YOUR HONOR AND ME. AND I AM REMINDING YOUR HONOR, PLEASE DON'T USE MY NAME WITHOUT MY PERMISSION IN COURT.

GOD BLESS YOU IN THE NAME OF JESUS CHRIST
THANK YOU      Alberto Jose DL Muro