# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED
2008 AUG 29 PM 2:59
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  __Roger T. Benitez__
FROM: __J. Zeledon,__ Deputy Clerk   RECEIVED DATE: __8/27/08__
CASE NO.: __08cr0139__   DOCUMENT FILED BY: __Alberto Jose Del Muro Guerrero__
CASE TITLE: __USA v. Torres-Garcia__
DOCUMENT ENTITLED: __Letter__

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | | OTHER: ex parte communication; improper format |

Date forwarded: __8/28/08__

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: __Benitez__

Dated: __8/29/08__   By: __RJN__
cc: All Parties

**REJECTED**

AFFIDAVIT    8-18-08

Alberto Jose Del Muro Guerrero
Registration No. 40467-198
Housing K-11
Metropolitan Correctional Center
808 Union Street
San Diego, California 92101

Case no. 08CR0139-1BEN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE COURT CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

DEAR
    JUDGE BENITEZ
I AM WRITTING THIS AFFIDAVIT TO TELL YOU, PLEASE ORDER THE OFFICERS WHO ARRESTED ME, TO SEND MY MONEY $849.00 (Eight Hundred forty nine dollars) TO THE MCC OF SAN DIEGO, CALIFORNIA, THEY TOOK FROM ME AT THE TIME OF MY ARREST ON 1-7-2008. PLEASE HAVE COMPASSION LIKE JESUS CHRIST, BECAUSE HE IS THE SUPREME JUDGE WHO IS GOING TO JUDGE YOUR HONOR AND ME. AND REMINDING YOUR HONOR, PLEASE DON'T USE MY NAME WITHOUT MY PERMISION IN COURT.
    GOD BLESS YOU IN THE NAME OF JESUS CHRIST
    REMBER THAT MY MONEY WAS STOLEN FROM MY WALLET $849.00.

    THANK YOU, Alberto Jose Del Muro