# EXHIBIT "A"



**U.S. Immigration and Customs Enforcement**

## DECLARACIÓN DE DERECHOS

*ADJ* Antes de que le hagamos cualquier pregunta, Ud. debe conocer sus derechos.

*ADJ* Ud. tiene derecho a permanecer callado(a).

*ADJ* Cualquier cosa que Ud. diga puede usarse en su contra en un tribunal o en cualquier otro procedimiento.

*ADJ* Ud. tiene derecho a consultar un abogado antes de que Ud. haga cualquier declaración o conteste cualquier pregunta.

*ADJ* Ud. tiene derecho a tener un abogado presente con Ud. durante el interrogatorio.

*ADJ* Si no puede pagar un abogado, se le proporcionará uno antes de que le hagamos cualquier pregunta, si Ud. lo desea.

*ADJ* Si decide responder a nuestras preguntas ahora, Ud. aún retiene el derecho de detener el interrogatorio en cualquier momento, o de detener el interrogatorio para el propósito de consultar con un abogado.

## RENUNCIA A LOS DERECHOS

Me han leído y explicado esta declaración de mis derechos y entiendo completamente estos derechos. Renuncio a ellos libre y voluntariamente, sin ser amenazado(a) ni intimidado(a), y sin promesa de compensación o inmunidad. Fui detenido(a) a la(s) __06:13 am__ (hora), en el __1-7-08__ (fecha), y he firmado este documento a la(s) __10:10 am__ (hora), en el __1-7-08__ (fecha).

Nombre: ALBERTO J DEL MURO

Firma: Alberto J Del Muro

Testigo: Hugo A. Leon      Fecha: 1-7-08

Testigo: _[signature]_      Fecha: 1/7/08